United States Court of Appeals
Fifth Circuit

**F I L E D**

January 21, 2004

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

**No. 03-40419
Summary Calendar**

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**ANNA GONZALEZ,**

**Defendant-Appellant.**

**Appeal from the United States District Court
for the Southern District of Texas
(C-02-CR-310-2)**

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Anna Gonzalez appeals the sentence imposed following her guilty-plea conviction for aiding, abetting, and assisting another to possess with intent to distribute six kilograms of cocaine. She contends that the district court erred by not reducing her sentence under the safety-valve provision in U.S.S.G. § 5C1.2.

Gonzalez does not contend that she provided complete and truthful information to the Government. *See* U.S.S.G. § 5C1.2(a)(5). Therefore, she has not shown that the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court clearly erred by not reducing her sentence under the safety valve.  *See* ***United States v. Flanagan***, 80 F.3d 143, 146-47 (5th Cir. 1996); ***United States v. Wallington***, 889 F.2d 573, 580 n.9 (5th Cir. 1989).

***AFFIRMED***

2